UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. 3:23CR85 (SRU) |
| v. | : | |
| | : | |
| JOSEPH WILK, JR. | : | July 26, 2023 |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure and the plea agreement between the United States of America and the Defendant, Joseph Wilk, Jr., the United States of America requests that this Court enter the attached Preliminary Order of Forfeiture, which orders the forfeiture to the United States the following, all of which were seized from the Defendant: (1) $1,740.00 in United States currency; (2) A Titan .25 caliber pistol bearing serial number 263735; and (3) A Mustang handgun bearing serial number PL27558, and which orders the Attorney General of the United States or his Authorized Designee to seize and maintain custody of the forfeited property and dispose of it in accordance with the law.

1

Respectfully submitted

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY



_____
JOCEYLN J. COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. 30426
157 CHURCH STREET, 25TH FLOOR
NEW HAVEN, CT 06510
PHONE NO.: (203) 821-3700
EMAIL: jocelyn.kaoutzanis@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2023, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/Jocelyn Courtney Kaoutzanis
JOCEYLN J. COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY